FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

99 AUG -5 AM 11: 29

U.S. DISTRICT COURT
N.D. OF ALABAMA

STEPHEN LINDSAY,            )
                            )
        Plaintiff,          )
                            )
vs.                         )   CV 99-PT-1322-M
                            )
ATTORNEY CHARLES C. HART,   )
CHIEF OF CORRECTIONS JOHNNY )
GRANT, CHIEF WILLIAMS, THE  )
NURSES, and OFFICERS BLOOD, )
PHILLIPS, and DUFFY,        )
                            )
        Defendants.         )

ENTERED

AUG 5 - 1999

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 7, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 5th day of August, 1999.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE

